appellant's amended motion for stay of execution of death sentence scheduled for April 5, 2017, pending disposition of available state remedies.

Upon consideration thereof, it is ordered by the court that the motion is granted. It is further ordered that this stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.

**2013–0552. State v. Black.**
Ashland App. No. 12–COA–018, 2013-Ohio-976. This cause came on for further consideration upon the filing of appellee's "motion for status." It is ordered by the court that the motion is denied as moot.

**2013–0805. State v. Black.**
Ashland App. No. 12–COA–018, 2013-Ohio-976. This cause came on for further consideration upon the filing of appellee's "motion for status." It is ordered by the court that the motion is denied as moot.

**2014–0139. Dublin City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1292. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–2075. State ex rel. Sultaana v. Eighth Dist. Court of Appeals.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is denied as moot.

**2015–0201. State ex rel. Smith v. Hall.**
Montgomery App. No. CA–26386. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.

Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is denied.

**2014–0170. Veolia Water N. Am. Operating Servs., Inc. v. Levin.**
Board of Tax Appeals, No. 2008–987. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion for continuance of oral argument scheduled before a master commissioner on Tuesday, April 7, 2015, it is ordered by the court that the motion is granted.

**2012–1106. Disciplinary Counsel v. Kolenich.**
On February 2, 2015, respondent, Erika Howland Klie Kolenich, filed a corrected supplemental application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(21) and with its order dated August 22, 2012, in which the court publicly reprimanded respondent, ordered her to complete nine hours of continuing legal education in law-office management, ordered her to serve a two-year period of monitored probation, and ordered that her probation would not be terminated until such time as her probation was